# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COX, BERES | § | Case No. 17-01586 3G7 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/02/2017. The undersigned trustee was appointed on 05/02/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $         9,216.36

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 15.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]         $ | 9,201.36 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/28/2017 and the deadline for filing governmental claims was 10/30/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,671.64 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,671.64 , for a total compensation of $ 1,671.64 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 99.35 , for total expenses of $ 99.35 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/20/2017                 By: /s/GORDON P. JONES, TRUSTEE
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 17-01586 3G7 Judge: PAUL M. GLENN | Trustee Name: | GORDON P. JONES, TRUSTEE |
|---|---|---|---|
| Case Name: | COX, BERES | Date Filed (f) or Converted (c): | 05/02/17 (f) |
| | | 341(a) Meeting Date: | 06/08/17 |
| For Period Ending: | 10/20/17 | Claims Bar Date: | 09/28/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2197 CHANDLERS WALK LANE JACKSONVILLE, FL | 220,000.00 | 0.00 | | 0.00 | FA |
| 2. 2008 NISSAN ALTIMA (7/26/17 N - D #29) | 10,000.00 | 6,000.00 | | 0.00 | FA |
| (ORDER DENYING DEBTOR'S MOTION TO DISMISS - DOCKET 46 - SUPERCEDES PREVIOUS COMPROMISE SETTLEMENT) | | | | | |
| 3. HOUSEHOLD GOODS (7/26/17 N - D #29) | 2,500.00 | 1,500.00 | | 0.00 | FA |
| (ORDER DENYING DEBTOR'S MOTION TO DISMISS - DOCKET 46 - SUPERCEDES PREVIOUS COMPROMISE SETTLEMENT) | | | | | |
| 4. ELECTRONICS | 1,800.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHES, SHOES, ETC. | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. WATCHES | 400.00 | 0.00 | | 0.00 | FA |
| 7. CASH ON HAND | 50.00 | 0.00 | | 0.00 | FA |
| 8. BANK OF AMERICA CHECKING | 1,200.00 | 408.11 | | 408.11 | FA |
| 9. BANK OF AMERICA SAVINGS ACCOUNT | 15,106.98 | 8,808.25 | | 8,808.25 | FA |
| 10. MICROSOFT STOCK | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. FRAUDULENT CONVEYANCE (u) | Unknown | 0.00 | | 0.00 | FA |
| 12. 2017 FEDERAL INCOME TAX REFUND (u) | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $253,056.98   $16,716.36   $9,216.36   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ESTATE PROFESSIONALS:
  Attorney: ORDER EMPLOYING JACOB BROWN ENTERED 6/26/17 (DOCKET #22); RECEIPT OF FEE APPLICATION 10/17/17 (DOCKET #52).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 17-01586   3G7   Judge: PAUL M. GLENN | Trustee Name: GORDON P. JONES, TRUSTEE |
| Case Name: | COX, BERES | Date Filed (f) or Converted (c): 05/02/17 (f) |
| | | 341(a) Meeting Date: 06/08/17 |
| | | Claims Bar Date: 09/28/17 |

Special Attorney:
Accountant:
Auctioneer:
TPP Appraiser:
Real Estate Agent:

ACTIONS:

2004 Exam: RESCHEDULED FOR 7/26/17 @ 11:00 A.M. FILED BY JACOB BROWN 7/25/17 (DOCKET #28).

Objection to Exemptions:

Motion for Turnover: ORDER GRANTING TURNOVER ENTERED 7/27/17 (DOCKET # 33)..

Motion Determine Conseq Value:

Compromise 1:

Compromise 2:

Personal property: NOTICE OF PRIVATE SALE FILED BY JACOB BROWN 7/26/17 (DOCKET #29)

Real Estate: RESPONSE TO ROUNDPOINT MORTGAGE'S MOTION FOR RELIEF FROM STAY FILED 6/16/17 (DOCKET 17); HEARING RESCHEDULED FOR 8/30/17 @ 10:00 A.M. (DOCKET #32)

Auction:

Tax Refund: - 2017 TAX RETURN - CIO 08/01/17

Personal Injury/Lawsuit:

Prepare Tax Return:

Abandonment:

Claims: EXAMINED 10/20/17

Objection to Discharge: ORDER EXTENDING TIME TO OBJECT TO DISCHARGE THROUGH 9/30/17 ENTERED 7/27/17 (DOCKET #34).

Adversary filed:

State Court Lawsuit:

CASE STATUS:

ORDER TO DELAY DISMISSAL (FOR FAILURE TO PAY FILING FEE INSTALLMENTS) ENTERED 8/3/17 (DOCKET #38).
ORDER DENYING DEBTOR'S MOTION TO DISMISS ENTERED 9/1/17 (DOCKET #46).

CLOSING STATUS:

 TFR:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| | | |
|---|---|---|
| Case No: 17-01586   3G7   Judge: PAUL M. GLENN | Trustee Name: | GORDON P. JONES, TRUSTEE |
| Case Name: COX, BERES | Date Filed (f) or Converted (c): | 05/02/17 (f) |
| | 341(a) Meeting Date: | 06/08/17 |
| | Claims Bar Date: | 09/28/17 |

NFR served:
Order Allowing Administrative Expenses:
TDR:

DATE OF LAST REVIEW OF CASE: 10/20/17

Initial Projected Date of Final Report (TFR): 10/01/18      Current Projected Date of Final Report (TFR): 12/01/17

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 17-01586 -3G7 | Trustee Name: | GORDON P. JONES, TRUSTEE |
|---|---|---|---|
| Case Name: | COX, BERES | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******4577  Checking - Non Interest |
| Taxpayer ID No: | *******3844 | | |
| For Period Ending: | 10/20/17 | Blanket Bond (per case limit): | $ 37,079,582.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/24/17 | 8, 9 | BANK OF AMERICA | BALANCE IN ACOUNTS | 1129-000 | 9,216.36 | | 9,216.36 |
| 09/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 9,201.36 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 9,216.36 | 15.00 | 9,201.36 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 9,216.36 | 15.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 9,216.36 | 15.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - Non Interest - ********4577 | 9,216.36 | 15.00 | 9,201.36 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 9,216.36 | 15.00 | 9,201.36 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    9,216.36    15.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 20, 2017 |
|---|---|---|---|---|---|---|

Case Number:  17-01586  
Debtor Name:  COX, BERES

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3210-00 | JACOB A. BROWN<br>AKERMAN LLC<br>50 NORTH LAURA ST., SUITE 3100<br>JACKSONVILLE, FL  32202-3640 | Administrative | | $5,222.50 | $0.00 | $5,222.50 |
| 001<br>3220-00 | JACOB A. BROWN<br>AKERMAN LLC<br>50 NORTH LAURA ST., SUITE 3100<br>JACKSONVILLE, FL  32202-3640 | Administrative | | $206.95 | $0.00 | $206.95 |
| 001<br>2700-00 | CLERK, U.S. BANKRUPTCY COURT<br>300 N. HOGAN STREET, ROOM 3-150<br>JACKSONVILLE FL 32202 | Administrative | | $135.00 | $0.00 | $135.00 |
| 00001A<br>058<br>5800-00 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $1,901.20 | $0.00 | $1,901.20 |
| 000002<br>070<br>7100-00 | AMERICAN EXPRESS BANK, FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Unsecured | | $8,647.60 | $0.00 | $8,647.60 |
| 00001B<br>070<br>7100-00 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $268.83 | $0.00 | $268.83 |
| | Case Totals: | | | $16,382.08 | $0.00 | $16,382.08 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-01586 3G7
Case Name: COX, BERES
Trustee Name: GORDON P. JONES, TRUSTEE

| | | |
|---|---:|---:|
| Balance on hand | $ | 9,201.36 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GORDON P. JONES, TRUSTEE | $ 1,671.64 | $ 0.00 | $ 1,671.64 |
| Trustee Expenses: GORDON P. JONES, TRUSTEE | $ 99.35 | $ 0.00 | $ 99.35 |
| Attorney for Trustee Fees: JACOB A. BROWN | $ 5,222.50 | $ 0.00 | $ 5,222.50 |
| Attorney for Trustee Expenses: JACOB A. BROWN | $ 206.95 | $ 0.00 | $ 206.95 |
| Charges: CLERK, U.S. BANKRUPTCY COURT | $ 135.00 | $ 0.00 | $ 135.00 |

| | | |
|---|---:|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 7,335.44 |
| Remaining Balance | $ | 1,865.92 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,901.20  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001A | Internal Revenue Service | $ 1,901.20 | $ 0.00 | $ 1,865.92 |
| | Total to be paid to priority creditors | | | $ 1,865.92 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,916.43  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | AMERICAN EXPRESS BANK, FSB | $ 8,647.60 | $ 0.00 | $ 0.00 |
| 00001B | Internal Revenue Service | $ 268.83 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE