UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE: : CHAPTER 7
:
COX, BERES : CASE NO. 3:17-01586 3G7
:
:

NOTICE OF WITHDRAWAL OF
FINAL ACCOUNT

PLEASE TAKE NOTICE that the Office of the United States Trustee withdraws the Final Account filed March 19th, 2018 (Docket entry #60) with the United States Bankruptcy Court.

Dated: April 3rd, 2018

       Elizabeth Hardy
       AUST/Region 21

       By: /s/ Elizabeth Hardy
         Michele Stephens-Taylor
         Legal Assistant
         United States Department of Justice
         Office of the United States Trustee
         362 Richard B. Russell Building
         75 Ted Turner Dr. SW
         Atlanta, GA 30303
         Telephone (404) 331-4437
         Michele.Stephens-Taylor@usdoj.gov