UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                  Case No:   17-01586-3G7

BERES COX

         Debtor(s)./

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

The Trustee, Gordon P. Jones, reports that more than ninety days have passed and the following check has not been presented for payment:

| CREDITOR NAME & ADDRESS | AMOUNT OF CHECK | CHECK NUMBER |
|---|---|---|
| Beres Cox<br>2197 Chandlers Walk Ln<br>Jacksonville, FL  32246 | $3,311.14 | 3001 |

Payment represented Debtor's portion of 2017 Federal income tax refund.  Pursuant to 11 U.S.C. §347(a), the Trustee has stopped payment on the check and issued estate check number 3002 in the amount of $3,311.14 payable to the Clerk of the Court as unclaimed property.

A copy of this Report and the original check have been mailed via U.S. Mail, postage prepaid, on August 21, 2018, to:

United States Bankruptcy Court
Attn.:  Susan Magaditsch, Financial Manager
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 727
Tampa, FL  33602

                                                            */s/ Gordon P. Jones*
                                                            Gordon P. Jones
                                                            Florida Bar No.: 829439
                                                            Post Office Box 600459
                                                            Jacksonville, FL  32260-0459
                                                            (904) 262-7373
                                                            Trustee

I HEREBY CERTIFY that a copy of the foregoing was furnished via U.S. Mail, postage prepaid, this 21st day of August, 2018 or electronically by the Bankruptcy Noticing Center, to the following:

Debtor
Office of United States Trustee

                                                            */s/ Gordon P. Jones*
                                                            Trustee